| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
|   | Phyl Grace, Esq., SBN 171771 |
| 3 | Russell Handy, Esq., SBN 195058 |
|   | Dennis Price, Esq., SBN 279082 |
| 4 | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
|   | (858) 375-7385; (888) 422-5191 fax |
| 6 | phylg@potterhandy.com |
|   | Attorneys for Plaintiff NEHEMIAH KONG |
| 7 |   |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| NEHEMIAH KONG, | ) Case No.: 2:20-CV-00281-SVW-GJS |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT AND** |
| v. | ) **REQUEST TO VACATE ALL** |
|   | ) **CURRENTLY SET DATES** |
| WILLIAM ROBERT ORCUTT, in individual and representative capacity as trustee of The Orcutt Family Trust dated December 29, 1987; PREDICTABLE GYPSY INC, a California Corporation; and Does 1-10, | ) |
| Defendants. | ) |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties, will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: March 06, 2020          /s/Amanda Lockhart Seabock
                                Amanda Lockhart Seabock
                                Attorney for Plaintiff
